# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions Incorporated, a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Unknown Parties,<br><br>　　　　　　　Defendants. | No. CV16-2632 PHX DGC<br><br>**ORDER** |

The Court has reviewed Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference. Doc. 7.

**IT IS ORDERED:**

1. Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference (Doc. 7) is **granted.** Plaintiff may immediately serve subpoenas pursuant to Fed. R. Civ. P. 45 upon the ISPs Plaintiff identifies that can provide the true name and address of each of the 20 Doe Defendants that Plaintiff has identified in Exhibit A of its complaint.

2. Any ISP so served shall have seven calendar days after service of any subpoenas to notify subscriber(s) that their identit(y/ies) have been subpoenaed by Plaintiff. Each subscriber whose identity has been subpoenaed shall have 21 calendar days from the date of such notice to file a responsive pleading or motion to quash.

3. Any information disclosed to Plaintiff in response to any subpoena issued pursuant to this Order may not be used for any improper purpose and may only be used

for protecting this right under the Copyright Act, 17 U.S.C. § 101, *et seq.*, as the Complaint alleges.

Dated this 21st day of September, 2016.

_____
David G. Campbell
United States District Judge